ATTN: I would like this case consolidated with CASES.
#4:22-CV-00425-KGB-JTR since this has to do with Q-Unit
#4:22-CV-00917-JM

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2022 DEC -8 A 9:55

TAMMY H DOWNS

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION**

**FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS**

DEC 0 8 2022

TAMMY H DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. __4:22-cv-01221-LPR-JTR__

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Bradley McNealy
ADC # 112200
SO# 161126
Address: 3201 W. Roosevelt Rd. LR, AR. 72204

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Officer McFadden
Position: Pulaski Co. Sherriffs officer
Place of employment: Pulaski Co. Regional Detention facility
Address: 3201 W. Roosevelt Rd. LR, AR. 72204

Name of defendant: Officer Daniels
Position: Pulaski Co. Sherriffs officer

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

-4-

Place of employment: P.C.R.D.F.

Address: 3201 W. Roosevelt Rd. LR, AR. 72204

Name of defendant: Officer Robinson

Position: Pulaski Co. Sherriff's officer

Place of employment: P.C.R.D.F.

Address: 3201 W. Roosevelt Rd. LR, AR. 72204

Name of defendant: Officer Parker

Position: Pulaski Co. Sherriffs officer

Place of employment: P.C.R.D.F.

Address: 3201 W. Roosevelt Rd. LR, AR. 72204

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐  Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

I) PARTIES cont.                                   Page 3.
B) Name of Defendant: Officer A. GRANT
Position: Pulaski Co Sherriff's Officer
Place of Employment: Pulaski Co. Regional Detention Facility
Address: 3201 W. Roosevelt Rd. LR., AR. 72204

Name of Defendant: Officer CLARK
Position: Pulaski Co. Sherriff's Officer
Place of Employment: Pulaski Co. Regional Detention Facility
Address: 3201 W. Roosevelt Rd. LR., AR. 72204

Name of Defendant: Officer DENNIS
Position: Pulaski Co. Sherriff's Officer
Place of Employment: Pulaski Co. Regional Detention Facility
Address: 3201 W. Roosevelt Rd. LR., AR. 72204

Name of Defendant: Officer CONNORS
Position: Pulaski Co. Sherriff's Officer
Place of Employment: Pulaski Co. Regional Detention Facility
Address: 3201 W. Roosevelt Rd. LR., AR. 72204

Name of Defendant: Officer DEVORS
Position: Pulaski Co. Sherriff's Officer
Place of Employment: Pulaski Co. Regional Detention Facility
Address: 3201 W. Roosevelt Rd. LR., AR. 72204

I) PARties Cont,    Page. 4

B. Name of Defendant: Officer C. Hussien
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd, Little Rock, AR. 72204

Name of Defendant: Officer Jones
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. L.R., AR, 72204

Name of Defendant: Officer Stovall
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. L.R., AR. 72204

Name of Defendant: Officer Madrigal
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3200 W. Roosevelt Rd. L.R., AR. 72204

Name of Defendant: Officer Anderson 7AM-3PM
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. L.R., AR. 72204

I) PARTIES CONT.        Page.5
B) Name of Defendant: Sgt. YAKOVICZ
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. L.R., AR. 72204

Name of Defendant: Officer CAlloway
Position: Pulaski Co. Sheriff's Officer
Place of Employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. L.R., AR. 72204

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: *Pulaski Co. Regional Detention Facility 3201 W. Roosevelt Rd., L.R., AR. 72204*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓  No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes \_\_\_\_  No ✓

If not, why? As far as I could, the grievance is still unanswered.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) How each Defendant was involved

1) On 7/4, 7/6, 7/12, 7/14, 9/18, + 11/11/22 7AM - 3PM shift officer Conner was on duty, The Link door between P+Q units were open, which means I did not along with every other detainee in P+Q units (except the same chosen clean-up that's out from 8AM-10PM) didn't get let out of our cells. We also got no showers, cleaning of our cells, no phones, no kiosks, tablets, Law Library, Mail, access to our Law grievances + Exercise (Rec. time) officer Conners had 168 detainees to supervise, when ask about why I wasn't getting these things she said, "She was just doing what Sgt. Lattimore told her to do.

2) On 7/5, 7/7, 7/9, 7/13, 7/19 and 7/21/22 3PM - 11PM shift officer McFadden was on duty and once again the Link door was open witch deprived me (All the detainees on P+Q units) of showers, cleaning of our cells, & Phone's, no tablets, no Law Library mail, Excercise (Rec. time), Access to our Lawyers, Kiosk, or grievance She had 168 detainees to supervise, when officers let us out for showers & phone calls we got, 1 hr, in witch you have 84 detainees trying to use the 6 phones. The unit has when most

Statement of clam.          Page. 2

of the time only 4 work or the 4 kiosk when only 2 of them work. The same detainees are on them the whole hr. And the officers Say Nothing to them. So I still have No Access to Law Library, Lawyer calls, Phones, mail, Kiosk,

VII) Statement of clame

I don't have to Let you out At All if I don't feel Like it. So for 4 consecutive days + nights 4/4-4/7/22 then Again for 3 days + nights, Then Again for 2 days + nights By these 2 officers (officer Connors + McFadden) Kept us Locked in our cells & deprived us with indifference (Rec. time, Showers, mail, Phones, cleaning our cells, Law Library Tablets, Kiosk grievances.

3) on 7/27 + 7/28/22 3pm-11pm shift officer M. Daniels was on duty. The Links door was opened And once Again for Another 48 hrs. We were Locked in our cells, with no Access to Showers, Rec. time, mail, Phones, Cleaning our Cells, Law Library, tablet Getting In contact with our Lawyers, grievances, Kiosk. When ask About this, All officer daniels said was, "Do to be combative with me."

4) on 8/6, 8/8, 8/14 & 8/24/22 7am-3pm shift officer Grant was on duty 168 detainees to Supervise, Link door was opened between Q + P units, No Access to Showers. Excercise (Rec-time) Cleaning cells, mail, no Access to Law Library, Tablets, Phone, and grievances.

Statement of Claim        Page. 3

5) On 8/7 & 8/11 3pm-11pm shift officer Robinson was on duty. The Link door was opened, and officer Robinson had 168 detainees to supervise. Once again for 3 Day + nights (8/6 - 8/8) Then 2 days + nights (8/13 - 8/14) and once again we had no Access to Showers, Excercise (Rec.time) cleaning our cells, No mail, No access to Lawyers, Law Library, Tablets, Phones, Kiosk, & grievances. When Asked about it, She walked off and said "I dont have Time for this."

6) On 8/13, 8/29, 9/3, 9/15, 9/19, 9/23, 10/6, 10/20, 11/4 & 11/7/22 officer Parker was on duty. he had 168 detainees to supervise and each night he was on duty got out The same 8 detainees for clean up for Just Q-unit. 160 detainees are Locked Down in Their cells with no access to Showers Excercise (Rec.time) cleaning our cells, Access to get a hold of Lawyers, mail Tablets, Phones, Law Library, Kiosk, or grievances. Even Though on 11/4 was A 2 facility which is no movement in the facility, yet if you review The camera footage. officer Parkers clean-up crew was using the phones, going in & out of each others cells, & going over to P-unit, cod 2 Phones are not supposed to be on, No detainee movement & all detainees in Their cells, yet That is Never The Case at P.C.R.D.F. (Jail Policy) It is also Jail Policy Not To Be over famialiarity with detainees, yet The Same detainees are Always out while 160 detainees are Locked Down.

Statement of Claim cont. Page. 4.

7) On 9/4, 10/1, 11/3, 11/5, 11/7/22 7am-3pm shift officer Daniels was on duty. She had 168 Detainees to supervise cause the Link door on P+Q units was opened, And once again we had No Access to Excercise (Rec.time), cleaning our cells, Shower, No Access to get ahold of our Lawyers, mail, tablets, Phones, Law Library, Kiosk, or grievances.

8) On 9/14, 9/22 & 10/6/22 7am-3pm shift officer Clark had 168 detainess, Cause Sgt. Lattimore call officer Clark in Q unit & told her to open The Link Door between P+Q units & not to Break us, wich means we where Locked in our cells, no acc. Lawyers, Exercies (Rec. Time), Showers, Cleaning our cells, mail.

9) On 9/24/22 7am-3pm shift officer White was on duty do to Link door Being open she had to Supervise P+Q units (168 Detainees) By herself, so once again we had no access to get ahold of our Lawyers, Showers, cleaning cells, Exercise (Rectime), mail, Tablets, Phones, Law Library, Kiosk, or grievances.

10) On 9/25, & 10/8/22 3pm-11pm shift officer C. Hussien Was on duty & Link door between P+Q units where open, So he had 168 detainess to supervise, he pulled out the usual 8 clean up crew (But By Policy There should only Be 2) so once again we had no Access to get ahold of Lawyers, Showers, Cleaning our cells, Excercise (Rec.time), mail, Tablets, Phones, Law Library, Kiosk, or grievances

Statement of claim cont. Page 5.

11) on 9/26, 11/18/22 3pm-11pm shift officer Jackson was on duty 9/26 she had 168 detainees to supervise & on 11/13 she had 85 detainees to supervise. once again There was no Access to Lawyers, showers, cleaning cells, Rec.time, mail, Tablets, Phones, Law Library, Kiosk, or grievances.

12) on 9/27, 11/13/22 3pm-11pm shift officer Jones was on duty. on 9/27 he had 168 detainess to supervise & no Kiosk & on 11/13 he had 85 detainees to supervise. once again no accoss to Lawyers, Showers cleaning cells, Rec.time, mail, Tablets, Phones, Law Library, Kiosk, or grievances.

13) on 9/28, 10/17/22 7am-3pm shift officer Calloway was on duty. The Link door was open between P+Q units which left her to supervise 168 detainees & once again no Access to Lawyers, Showers, cleaning of cells, Rec.time, mail, Tablets, Phones, Law Library, Kiosk, or grievances.

14) on 10/10/22 3pm-11pm shift officer Gibson was on duty (Again 168 detainees to supervise By herself) and once again no Access to Lawyer, showers, cleaning, Rec.time, Mail, Tablets, Phones, Law Library, Kiosk, or grievances.

15) on 10/13/22 7am-3pm shift officer Stovall was on duty and had 168 detainees to supervise, & once again no Access to Law Library, Lawyers, showers, cleaning cells, Rec.time, mail, Tablets, Phones, grievances, Kiosk.

## Statement of Claim cont. Page 6

16) 10/15, 10/21 & 11/9/22 7AM-3PM shift officer Anderson was on duty, with 168 detainees to supervise by herself & 11/9/22 officer Hope was on duty with her (officer Anderson) All 3 days No Access to Lawyers, Showers, Cleaning Cells, Excercies (Rec.time) Mail, Tablets, Phones, Law Librarys, kiosk, or grievances.

17) on 10/16, 10/19/22 3PM-11PM shift officer Madrigal was on duty & The Link door between P & Q units was open & once again no access to Lawyer, Showers, Rec.time, Cleaning Cells, mail, Tablets, Phones, Law Library Kiosks or

18) on 10/29, 11/10 & 11/11/22 3PM-11PM officer Devor was on duty, Link Doors was open Between P & Q units so officer DEvore had 168 Detainees to supervise & once again No Access to Lawyers, Showers, Cleaning cells Rec.time, Mail, Tablets, Phones, Law Librarys, Kiosks, grievances.

## How This Affects ME.

This Affects me By not being able to Plane an Adequat defense on my case, or Researching cases That apply To mine to See if the Plea bargan is fair without Just having to Take my Public defenders word for it, when I only see her in court where all she wants to do is waive my Rights, Post Pone my court dates or Take The first Plea Bargain The prosecution throws out at us without ever Looking at my case. By Putting me at Risk to staph & other diseases By not being able To Clean my cell or Take a shower for up to 7 consectvie days & nights at a time. Losing family ties by not Being able to Recieve Paper Letters That They took from us due to The drug Problem, even Though They Put in That Expensive scanner To scan inmates yet The drug probl has gotten worse, & we Just Lost contact to our families, when maybe They should scan their officers & maybe it would get Better & we still could Talk to our familie

pg. 10

Statement of claim cont. Page 7.

This is how my constitutional Right are Being violated.

1) Treatment that Equals out to be Punishment for Pre-Trial detainees.
2) Being Locked Down for 7 consecutive days at a time.
3) Being housed in a unit that was Covid 19 Pos. when I wasn't!
4) Indifference to Excercise (Rec. time) by Pretending that they didn't know it was illegal, or By Just doing what They were told, when they made the choice to do it.
5) 1-35 Detainees to one officer to supervise
6) Inadiquate Hygiene + sanitation By having to go 7 consecetive days + nights without cleaning cells or Taking showers witch is cruel & unusual Punishment.
7) Gen. Pop. is afforded 6 HRS (Rec.time) I am Gen. Pop. and Pre-Trial detainee.
8) Admin.-Seg. inmates are Afforded a shower every 72 Hrs along with Rec time & to clean Cells. I am afforded The same Rights due to Being A Pre-trail detainees.

Thank you for your Time And Help In This Matter

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I want defendants to pay all court cost, filing fees, & suboening fees, Link doors to be permenantly closed, access to showers, Letter's from family, a real Law Library with current Law Books, Access to phones, Paper grievances, & Kiosk. I am also suing each defendant for $100,000.00 for cruel & unusal Punishment.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 6th day of DECEMBER, 2022

Bradley M. Neely

_____
Signature(s) of plaintiff(s)

-8-

Bradley McNealy #161126
P.C.R.D.F. 3201 W. Roosevelt Rd.
Little Rock, AR. 72204



Pro Se Clerk
600 W. Capitol Ave
Suite A-149
Little Rock, AR. 72201

Legal Mail